9254843

AO 442 (Rev. 01/09) Arrest Warrant

FILED
IN CLERKS OFFICE

2013 AUG 16 P 2: 29

U.S. DISTRICT COURT
DISTRICT OF MASS.

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

RECEIVED
U.S. MARSHAL SERVICE
BOSTON. MA

2013 JUN 12 P 1: 51

United States of America )
v. )
)
JANE DOE 3 aka Franchezca Vega )
Defendant )
)

Case No.  13-mj-1154-RBC

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested)   JANE DOE 3 aka Franchezca Vega                                            ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☒ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:
Identity Theft, 18 USC Sec. 1028(a) and Misuse of a Social Security Number, 42 USC Sec. 408(a)(7)(B)

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

Date:  6/10/2013  at 1:17 pm

City and state:   Boston, MA

_____
Issuing officer's signature

ROBERT B. COLLINGS, U.S. MAGIS. JUDGE
_____
Printed name and title

| Return |
|---|
| This warrant was received on (date) _____, and the person was arrested on (date) _____ at (city and state) _____ . |
| Date: _____      WARRANT EXECUTED BY ICE BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 8/12/2013 |

_____
Arresting officer's signature

_____
Printed name and title